

# ELECTRONIC RECORD

COA #    02-12-00027-CR                    OFFENSE:    29.02

STYLE:   Marc Alexander Garcia v. The       COUNTY:    Tarrant
         State of Texas

COA DISPOSITION:    AFFIRMED               TRIAL COURT:    371st District Court

DATE: 07/10/14              Publish: NO    TC CASE #:    1227488D


# IN THE COURT OF CRIMINAL APPEALS

STYLE:   Marc Alexander Garcia v. The State       CCA #:    1063-14
         of Texas
         _____ APPELLANT'S _____ Petition          CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:                DATE:    _____
_____refused_____                                  JUDGE:    _____
DATE: Dec. 10, 2014                                SIGNED: _____    PC: _____
JUDGE: PC                                          PUBLISH: _____   DNP: _____

-----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD